BARBARA R. OLSAN, APPELLANT, *v.* EMANUEL COMORA, RESPONDENT.

No. 7850

October 17, 1975                    541 P.2d 662

*Morse, Foley & Wadsworth, Loeb and Loeb,* and *Andrew S. Garb,* Las Vegas, for Appellant.

*Jones, Jones, Bell, LeBaron, Close, Bilbray & Kaufman,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from a denial of a Rule 60(b) motion seeking to set aside an order of the district court directing the issuance of a writ of mandamus.

We have reviewed the record below, and we have concluded that appellant did make a sufficient showing of mistake and excusable neglect to warrant relief under NRCP 60(b)(1). Morris v. Morris, 86 Nev. 45, 464 P.2d 471 (1970); Hotel Last Frontier Corp. v. Frontier Properties, Inc., 79 Nev. 150, 380 P.2d 293 (1963). Therefore, we reverse and remand the case for further proceedings in the court below.